UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHYLLIS FRANK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. 17-2773 (RJL) |
| | ) | |
| AUTOVEST, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

(September 27, 2019) [Dkt. # 34]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion for summary judgment, [Dkt. # 34], is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

*[signature]*
RICHARD J. LEON
United States District Judge

**FILED**
SEP 30 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia